**SKF USA INC., SKF GmbH, SKF France S.A., Sarma, SKF Industrie S.p.A., and SKF Sverige AB, Plaintiffs–Appellants,**

and

**INA Walzlager Schaeffler oHG (now known as INA–Schaeffler KG) and INA USA Corporation, Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**Timken U.S. Corporation, Defendant–Appellee.**

Nos. 03–1593, 03–1594.

United States Court of Appeals, Federal Circuit.

DECIDED: Oct. 30, 2003.

*ORDER*

Upon consideration of the Consent Motion for Dismissal filed by Plaintiffs–Appel-

lants INA–Schaeffler KG and INA USA Corporation,

IT IS ORDERED THAT:

(1) The motion is granted, and

(2) The appeal of Plaintiffs–Appellants INA–Schaeffler KG and INA USA Corporation, is hereby dismissed.